**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Plaintiff-Appellant,**

v.

**Joseph SIMPSON; Amanda Simpson, Defendants-Appellees.**

No. 16-1360

United States Court of Appeals, Fourth Circuit.

Submitted: October 25, 2016

Decided: December 6, 2016

Helen F. Hiser, MCANGUS GOUDELOCK & COURIE, Mount Pleasant, South Carolina; Geoffrey W. Gibbons, MCANGUS GOUDELOCK & COURIE, Greenville, South Carolina, for Appellant.

Eugene C. Covington, Jr., EUGENE C. COVINGTON, JR., P.A., Greenville, South Carolina, for Appellees.

Before GREGORY, Chief Judge, and WYNN and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allstate Fire and Casualty Insurance Company appeals the district court's order granting Joseph and Amanda Simpson's motion for attorney's fees. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Allstate Fire & Cas. Ins. Co. v. Simpson, No. 8:15-cv-01908-HMH (D.S.C. Mar. 7, 2016); see Hegler v. Gulf Ins. Co., 270 S.C. 548, 243 S.E.2d 443 (1978). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED